**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

DAVID ACOSTA,
ELIZABETH ACOSTA,

Plaintiffs,

-vs-                                                    Case No.  6:05-cv-581-Orl-28JGG

ALEGIS GROUP, LP,
SHERMAN ACQUISITION L.P.,
CAPITAL MANAGEMENT SERVICES,
INC.,
JOHN DOE, a/k/a Mary Martin,
FREDERICK J. HANNA & ASSOCIATES,
P.C., DENNIS E. HENRY,

Defendants.

_____

## ORDER

This case is before the Court on Defendants Alegis Group, LP and Sherman Acquisition, LP's Motion to Enforce the Settlement Agreement or Alternatively for Summary Judgment (Doc. No. 52) filed December 16, 2005.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed January 6, 2006 (Doc. No. 130) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendants Alegis Group, LP and Sherman Acquisition, LP's Motion to Enforce the Settlement Agreement or Alternatively for Summary Judgment (Doc. No. 52) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____27_____ day of January, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party